*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MCKINLEY, | No. C 09-3865 RMW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| WARDEN JOHN H. HAVILAND, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2009, the court dismissed the petition because it was unable to determine exactly what petitioner was challenging. The court granted petitioner thirty days to amend the petition in order to state a cognizable claim and notified him that failure to file an amended petition in conformity with the order and within the designated time would result in a dismissal of the case. To date, petitioner has not communicated with the court.

Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: 12/7/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.09\McKinley865dis.wpd