***E-FILED - 12/8/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC MCKINLEY, | ) | No. C 09-3865 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN JOHN H. HAVILAND, | ) | |
| | ) | |
| Respondent. | ) | |

An order of judgment is hereby entered DISMISSING this action without prejudice for failure to prosecute and to comply with the court's order.

IT IS SO ORDERED.

DATED: 12/7/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\McKinley865jud.wpd