*E-FILED - 1/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC MCKINLEY, | ) | No. C 09-3865 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| WARDEN JOHN H. HAVILAND, | ) | |
| Respondent. | ) | |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2009, the court dismissed the petition because it was unable to determine exactly what petitioner was challenging. The court granted petitioner thirty days to amend the petition in order to state a cognizable claim and notified him that failure to file an amended petition in conformity with the order and within the designated time would result in a dismissal of the case. Almost eight months later, petitioner filed a motion to reconsider and re-open the case. The court granted his motion, re-opened the case, and on November 30, 2010, ordered petitioner to file an amended petition within thirty days. The court warned petitioner that if he failed to file a response within the court's deadline, it would result in the dismissal of this action without prejudice. More than thirty days have elapsed and the court has received no response from plaintiff.

    Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.09\McKinley865dis2.wpd

1  terminate all pending motions and close the file.

2      IT IS SO ORDERED.

3  DATED: __1/25/11__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge