*E-FILED - 1/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC MCKINLEY, | ) | No. C 09-3865 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN JOHN H. HAVILAND, | ) | |
| | ) | |
| Respondent. | ) | |

An order of dismissing this action without prejudice for failure to prosecute and to comply with the court's order was issued on January 27, 2011.  THEREFORE, it is hereby ordered that judgment is entered in favor of respondent and petitioner is not entitled to relief.

DATED: 1/25/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\McKinley865jud2.wpd