IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MCKINLEY,<br><br>   Petitioner,<br><br> vs.<br><br>WARDEN JOHN H. HAVILAND,<br><br>   Respondent. | No. C 09-3865 RMW (PR)<br><br>ORDER GRANTING MOTIONS FOR RECONSIDERATION; DIRECTING PETITIONER TO FILE AMENDED PETITION<br><br>(Docket Nos. 12, 13) |

  Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction and sentence. On September 30, 2009, the court dismissed his petition with leave to amend because the court could not determine what exactly petitioner was challenging. Petitioner was directed to file his amended petition within thirty days from the date of the order. On December 8, 2009, after receiving no communication from petitioner, the court dismissed the case.

  On July 2, 2010, petitioner filed a motion for relief from judgment, pursuant to Federal Rule of Civil Procedure 60(b)(1). On November 30, 2010, the court concluded that petitioner was acting in good faith, and would be precluded from re-filing another federal habeas petition due to the one-year statute of limitation. Thus, the court granted petitioner's motion for reconsideration, re-opened his case, and directed him to file an amended petition within thirty days. The court advised petitioner that if he failed to file an amended petition by the deadline,

1 this action would be dismissed. On January 27, 2011, after having received no communication
2 from petitioner, the court again dismissed this action and closed the case.

3   On May 26, 2011, petitioner sent a letter of inquiry, asking about the status of his motion
4 for relief from judgment. On July 26, 2011, petitioner filed a motion for reconsideration, and a
5 motion for relief from judgment. Both motions request that the court reconsider its dismissal.
6 Petitioner asserts that he never received the November 30, 2010 order granting his motion for
7 reconsideration, nor the January 27, 2011 order of dismissal. As support for his assertion, he
8 attaches his prison mail log to demonstrate that he received no mail from this court at the
9 relevant times.

10   The court is persuaded that petitioner did not receive the November 30, 2010 and January
11 27, 2011 orders. Accordingly, his motions for reconsideration are GRANTED.

12   No later than **thirty (30) days** from the filing date of this order, petitioner shall filed an
13 amended petition. The amended petition must include the caption and civil case number used in
14 this order (C 09-3865 RMW (PR)) and the words "AMENDED PETITION" on the first page.
15 The amended petition will supercede any prior filings and petitioner is reminded that the
16 amended petition must contain all claims he wishes to pursue and may not incorporate by
17 reference any parts of the original petition. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th
18 Cir. 1992). The amended petition shall be on the court's form for habeas petitions. Upon receipt
19 of a completed application, the court will re-open this case and screen petitioner's amended
20 petition for writ of habeas corpus.

21   **Failure to comply with this order will result in petitioner's case remaining closed.**

22   It is petitioner's responsibility to prosecute this case. Petitioner must keep the court
23 informed of any change of address and must comply with the court's orders in a timely fashion.
24 Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to
25 Federal Rule of Civil Procedure 41(b).

26   IT IS SO ORDERED.
27 DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
28 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ISAAC MCKONLEY,   Plaintiff,  v.  JOHN W. HAVILAND et al,   Defendant. / | Case Number: CV09-03865 RMW  **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaac McKinley F-06504
California State Prison
Cell: X-Wing 225L
P.O. Box 689
Soledad, CA 93960-0689

Dated: March 6, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk