**E-FILED on 6/5/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC MCKINLEY, | ) | No. C 09-3865 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO |
| vs. | ) ) | FILE AMENDED PETITION; DENYING MOTION FOR COURT |
| WARDEN JOHN H. HAVILAND, | ) ) | ORDER TO GRANT PRIORITY LEGAL USER STATUS |
| Respondent. | ) ) ) | (Docket Nos. 16, 17) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction and sentence. On September 30, 2009, the court dismissed petitioner's petition with leave to amend because the court could not determine what exactly petitioner was challenging. Petitioner was directed to file his amended petition within thirty days from the date of the order. On December 8, 2009, after receiving no communication from petitioner, the court dismissed the case.

On July 2, 2010, petitioner filed a motion for relief from judgment, pursuant to Federal Rule of Civil Procedure 60(b)(1). On November 30, 2010, the court concluded that petitioner was acting in good faith, and would be precluded from re-filing another federal habeas petition due to the one-year statute of limitation. Thus, the court granted petitioner's motion for reconsideration, re-opened his case, and directed him to file an amended petition within thirty

Order Granting Request for Extension of Time to File Amended Petition; Denying Motion for Court Order to Grant Priority Legal User Status
G:\PRO-SE\SJ.Rmw\HC.09\McKinley865eot.wpd

1  days. On January 27, 2011, after having received no communication from petitioner, the court
2  again dismissed this action and closed the case.

3        On May 26, 2011, petitioner sent a letter of inquiry, asking about the status of his motion
4  for relief from judgment. On July 26, 2011, petitioner filed motions requesting that the court
5  reconsider its dismissal based on petitioner's assertion that he never received the November 30,
6  2010 order granting his motion for reconsideration, nor the January 27, 2011 order of dismissal.
7  On March 6, 2012, the court granted petitioner's motions, and again directed petitioner for file
8  an amended petition within thirty days. The court was persuaded that petitioner did not receive
9  the November 30, 2010 and January 27, 2011 orders, and, on March 6, 2012, the court granted
10 petitioner's motion for reconsideration. The court directed plaintiff to file an amended petition
11 within thirty days, or face dismissal.

12       On March 29, 2012, petitioner filed a motion for extension of time to file an amended
13 petition. Due to the age of this case, the court will grant **one final extension**. Petitioner shall
14 filed his amended petition within **thirty days** of the filing date of this order. **Failure to comply**
15 **with this order will result in petitioner's case remaining closed, and no further filings being**
16 **accepted in this action.** Petitioner's request to be granted priority legal user status pursuant to
17 California law is denied.

18       It is petitioner's responsibility to prosecute this case. Petitioner must keep the court
19 informed of any change of address and must comply with the court's orders in a timely fashion.
20 Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to
21 Federal Rule of Civil Procedure 41(b).

22       IT IS SO ORDERED.
23 DATED: Î Đ Ữ G

                                RONALD M. WHYTE
24                                 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MCKINLEY,<br><br>          Plaintiff,<br><br>   v.<br><br>JOHN W. HAVILAND et al,<br><br>          Defendant. | Case Number: CV09-03865 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaac McKinley F-06504
California State Prison
Cell: X-Wing 225L
P.O. Box 689
Soledad, CA 93960-0689

Dated: June 5, 2012

   Richard W. Wieking, Clerk
   By: Jackie Lynn Garcia, Deputy Clerk