*E-FILED on 7/31/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC MCKINLEY, | ) | No. C 09-3865 RMW (PR) |
| Petitioner, | ) | ORDER |
| vs. | ) | |
| WARDEN JOHN H. HAVILAND, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction and sentence. On September 30, 2009, the court dismissed his petition with leave to amend because the court could not determine what exactly petitioner was challenging. Petitioner was directed to file his amended petition within thirty days from the date of the order. On December 8, 2009, after receiving no communication from petitioner, the court dismissed the case.

On July 2, 2010, petitioner filed a motion for relief from judgment, pursuant to Federal Rule of Civil Procedure 60(b)(1). On November 30, 2010, the court granted petitioner's motion for reconsideration, re-opened his case, and directed him to file an amended petition within thirty days. The court advised petitioner that if he failed to file an amended petition by the deadline, this action would be dismissed. On January 27, 2011, after having received no communication from petitioner, the court again dismissed this action and closed the case.

Order
G:\PRO-SE\SJ.Rmw\HC.09\McKinley865dis4.wpd

1  On July 26, 2011, petitioner filed a motion for reconsideration, and a motion for relief
2 from judgment, asserting that the November 30, 2010 order granting petitioner's motion for
3 reconsideration, and the January 27, 2011 order of dismissal were never received by petitioner.
4 On March 15, 2012, the court granted petitioner's motion for reconsideration, and directed
5 petitioner to file an amended petition within thirty days.  On March 29, 2012, petitioner
6 requested an extension of time to file his amended petition, arguing that he was having difficulty
7 accessing the law library and needed an additional 15 days to submit the amended petition.

8  On June 5, 2012, the court granted petitioner an extension of time, and directed him to
9 file an amended petition within thirty days.  The court emphasized that due to the age of this
10 case, no further extensions of time would be favored.  The court admonished petitioner that the
11 failure to comply with the deadline would result in petitioner's case remaining closed, and no
12 further filings would be accepted.  On July 18, 2012, petitioner filed an untimely request for
13 "additional time" to file his amended petition.  In his request, petitioner did not explain how
14 much time he needed, or why he was unable to comply with the deadline.

15  Accordingly, the instant action will remain closed.  The clerk shall terminate all pending
16 motions and close the file.  No further filings will be accepted in this closed matter.

17  IT IS SO ORDERED.
18 DATED:  _____

_____
RONALD M. WHYTE
19 United States District Judge

Order
G:\PRO-SE\SJ.Rmw\HC.09\McKinley865dis4.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISAAC MCKINLEY,

        Plaintiff,

  v.

JOHN W. HAVILAND et al,

        Defendant.

Case Number: CV09-03865 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaac McKinley F-06504
La Palma Correctional Center
5501 La Palma Road
Eloy, AZ 85131

Dated: July 31, 2012

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk