**E-FILED on       2/21/2013**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MCKINLEY, | No. C 09-3865 RMW (PR) |
| Petitioner, | ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY |
| vs. | |
| WARDEN JOHN H. HAVILAND, | |
| Respondent. | |

On August 24, 2009, petitioner filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  The court dismissed the petition with leave to amend.  Petitioner failed to filed an amended petition within the requisite time.  After giving petitioner ample opportunities over the next three years to file an amended petition, the court finally dismissed this action.  Petitioner now requests a certificate of appealability.  Petitioner has failed to make a substantial showing that his claims amounted to a denial of his constitutional rights, or demonstrate that a reasonable jurist would find the denial of his claims debatable or wrong.  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  Accordingly, a COA is DENIED.

IT IS SO ORDERED.

DATED: __2/21/2013__

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Denying Request for Certificate of Appealability
G:\PRO-SE\SJ.Rmw\HC.09\McKinley865coa.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISAAC MCKINLEY,

        Plaintiff,

  v.

JOHN W. HAVILAND et al,

        Defendant.

Case Number: CV09-03865 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaac McKinley F-06504
La Palma Correctional Center
5501 La Palma Road
Eloy, AZ 85131

Dated: February 21, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk